Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Gavin Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 05-00392 RMW |
| Plaintiff, | |
| vs. | **STIPULATION AND []** <br> **ORDER TO DISMISS FORM 12** |
| GAVIN DRU BROWN, | |
| Defendant. | |

Defendant Gavin Brown, through his attorney, the government, through its attorney, and the Probation Office, through its undersigned representative, hereby stipulate and agree to the dismissal of the Form 12 filed in this case on October 3, 2012, upon the following agreed terms:

1. Gavin Brown shall consent to continue his treatment on the same terms as previously, and shall sign forms acknowledging such consent. Those terms consist of twice monthly individual treatment sessions until his supervised release ends in February 2013.

2. Mr. Brown agrees to undergo treatment at Counseling & Psychotherapy Center, Inc., as directed by the Probation Office, <u>except</u> that he shall have the option of choosing to finish his treatment at Sharper Future instead if he is willing and able to pay for such treatment himself.

3. There shall be no further sex offender assessments unless his future treatment provider advises the Probation Office that there is cause for such an assessment.
4. Mr. Brown's treatment shall not include any polygraph tests or requirements.
5. This agreement shall become effective upon approval by the Court, as indicated by the Court's signature on the [proposed] Order below.

It is so stipulated.

Dated: November 19, 2012     */s/ Mark D. Eibert*

        MARK D. EIBERT
        Attorney for Defendant Gavin Brown

*/s/ Hanley Chew*

HANLEY CHEW, ESQ.

Attorney for the Government

*/s/ Janie Zhuang*

United States Probation Officer

## **ORDER**

Good cause appearing therefore, it is hereby ORDERED that the Form 12 filed on October 3, 2012 is dismissed, and the Court approves the terms of the parties' settlement as described above.

IT IS SO ORDERED.

Dated: F gego dgt '36, 2012

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge